Case 2:09-cv-08252-SJO-AJW Document 89 Filed 12/07/10 Page 1 of 3 Page ID #:603

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| RONALD JOHNSON, an individual; and JACKIE JOHNSON, an individual, <br><br> Plaintiffs, <br><br> v. <br><br> COUNTY OF LOS ANGELES, a governmental entity; LOS ANGELES SHERIFF'S DEPARTMENT SERGEANT JOHN HANSON, an individual; LOS ANGELES SHERIFF'S DEPARTMENT DEPUTY OSCAR CALDERON, an individual; LOS ANGELES SHERIFF'S DEPARTMENT DEPUTY WILLIAM CORDERO, an individual; LOS ANGELES SHERIFF'S DEPARTMENT DEPUTY JUSTIN WALTER, an individual; LOS ANGELES SHERIFF'S DEPARTMENT DEPUTY STEPHEN SCHNEIDER; and DOES 1 to 10, <br><br> Defendants. | CASE NO. CV09-08252 SJO AJWx <br><br> Action Filed: November 12, 2009 <br> Judge: Honorable S. James Otero <br> Courtroom 1 - 2nd Floor <br> Trial Date: November 15, 2010 <br><br> **ORDER ON STIPULATED JUDGMENT** |

/ / /

/ / /

/ / /

/ / /

/ / /



4836-6158-9256.1 -1-

**Recitals**

On November 22, 2010, a United States District Court jury returned a verdict in the amount of $75,000.00 in compensatory damages and $66,000.00 in punitive damages in favor of Ronald Johnson and against Defendants Sergeant John Hanson, Deputy Oscar Calderon, Deputy William Cordoer and Deputy Justin Walter.

A dispute has arisen as to the validity of the punitive damage award.

PURSUANT TO THE STIPULATION by and between the parties and their respective counsel of record,

IT IS HEREBY ORDERED AND ADJUDGED that:

1. The jury verdict awarding $66,000.00 in punitive damages in favor of Ronald Johnson and against defendants Sgt. John Hanson, Deputy Oscar Calderon, Deputy William Cordero and Deputy Justin Walter is without foundation and is therefore set aside in its entirety with prejudice.

2. Counsel for plaintiff, Glen Jonas and Christopher Driscoll, are hereby awarded reasonable attorney's fees and costs totaling $312,500.00.

3. The County of Los Angeles will pay the compensatory damages verdict of $75,000.00 in addition to the above fees and costs awarded pursuant to this stipulated order and judgment.

4. Judgment is hereby entered in favor of plaintiff Ronald Johnson and his attorneys of record, Jonas & Driscoll, LLP, and against the County of Los Angeles only in the amount of $387,500.00.

5. Ronald Johnson shall file and serve an acknowledgment of satisfaction of judgment upon receipt of the County of Los Angeles' payment of the compensatory damages verdict and award of attorney's fees and costs.

/ / /

/ / /

6. The parties waive their rights to contest the judgment in any manner, including but not limited to, a motion for judgment as a matter of law, motion for new trial, and the right to appeal.

Dated: _____ December 7, 2010

*S. James Otero*

_____
Honorable S. James Otero
United States District Judge